UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80229-CIV-MARRA

SHERIDAN ROSS P.C., and
JOSEPH E. KOVARIK, ESQ.,

    Petitioners,

v.

FLORIDA POWER & LIGHT COMPANY,

    Respondent.
_____/

## ORDER ON PETITION TO QUASH NON-PARTY SUBPOENAS

**THIS CAUSE** is before the Court pursuant to an Order of Reference from United States District Judge Kenneth A. Marra [DE 20]. Before the Court is Petitioners' Petition to Quash Non-Party Subpoenas [DE 2]. The subpoenas that are the subject of the Petition were issued in connection with *Florida Power & Light Co. v. Lixi, Inc., et al.*, No. 11-80847-Civ-Hopkins (S.D. Fla.) ("*Lixi*"). Upon review of the record, it appears that the parties in *Lixi* have reached an amicable settlement, and the case has now been dismissed with prejudice. *See Lixi*, DEs 125–127. "Because there is no pending proceeding in which the discovery [sought] can be used, the validity of the subpoena presents no live case or controversy," and the Petition is thus moot. *Harter v. Iowa Grain Co.*, No. 98-7108, 1998 WL 796131, at *1 (D.C. Cir. 1998) (per curiam). *See also In re City of El Paso, Tex.*, 887 F.2d 1103, 1105–06 (D.C. Cir. 1989) (per curiam).

For the foregoing reasons, it is hereby

**ORDERED** that Petitioners' Petition to Quash Non-Party Subpoenas [DE 2] is **DENIED as moot.**

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 7th day of March, 2013.

*William Matthewman*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE